```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 60232
  CECEILIA HUGHES
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-8523


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/15/05 and confirmed on 12/16/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  12129.34 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO HOME MORT      CURRENT MORTG        .00            .00           .00
WELLS FARGO HOME MORT      MORTGAGE ARRE    7814.73            .00       7814.73
LAKE COUNTY COLLECTOR      SECURED             .00             .00           .00
AR CONCEPTS                UNSECURED       NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED         501.68          74.24        501.68
CBA COLLECTION BUREAU      UNSECURED       NOT FILED           .00           .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED       NOT FILED           .00           .00
CCA                        UNSECURED       NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         841.00         115.41        841.00
HSBC                       UNSECURED       NOT FILED           .00           .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED           .00           .00
SHERMAN ACQUISITION        UNSECURED       NOT FILED           .00           .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7814.73         .00        1342.68         .00       9157.41
PRINCIPAL PAID      7814.73         .00        1342.68         .00       9157.41
INTEREST PAID           .00         .00         189.65         .00        189.65
TOTAL PAID          7814.73         .00        1532.33         .00       9347.06
The Debtor's attorney, SHAW & FOLEY LLC              , was allowed $   2700.00
and was paid $   606.00  direct and $   2094.00  through the plan.

The Trustee received $     494.24 .

Refunds to the Debtor totaled $     194.04 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/19/08                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```